IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARIO FRANCITO BROWN,

    Plaintiff,

v.

MICHELLE CORBETT BIEGEL,

    Defendants.

ORDER

Case No. 15-cv-786-bbc

    Plaintiff Mario Brown originally had a deadline of January 4, 2016 to pay the initial partial payment of the filing fee in this case. Now plaintiff has submitted a letter request to waive the initial partial filing fee. Plaintiff's request will be denied without prejudice.

    The account statement that plaintiff filed with his complaint shows that he received a single deposit to his inmate account. Because plaintiff may be able to make the initial partial payment from a subsequent deposit, I will provide him an extension of time until February 8, 2016 to pay the $8.00 initial partial filing fee. If, by February 8, 2016, plaintiff is unable to pay the initial partial payment, he is free to renew his request to waive the initial partial filing fee, supported by a recent inmate account statement. Plaintiff should show a copy of this order to jail officials to insure that they are aware that they should send plaintiff's initial partial payment to this court.

1

ORDER

IT IS ORDERED that,

1. Plaintiff Mario Brown's request to waive the initial partial filing fee in this case is DENIED without prejudice. Plaintiff may have an extension of time, to February 8, 2016, to pay the $8.00 initial partial filing fee in this case.

2. If, by February 8, 2016, plaintiff fails to make the initial partial payment or show cause for failure to do so, plaintiff will be held to have withdrawn this action voluntarily and the case will be closed without prejudice to plaintiff's filing this case at a later date.

Entered this 6th day of January, 2016.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge